AO 245D  (Rev. 10/15) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Georgia

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| Cedric Bernard Davis | Case No. 5:10-CR-00036 |
| | USM No. 94340-020 |
| | Christina Hunt |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)   1-4   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possessing or using a controlled substance | 08/05/15 |
| 2 | Failing to participate in an approved mental health program | 01/19/16 |
| 3 | Failing to participate in a mental health program | 01/06/16 |
| 4 | Failing to participate in a mental health program | 03/17/16 |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.    1800

Defendant's Year of Birth:   1977

City and State of Defendant's Residence:
Macon, Georgia

10/12/16
Date of Imposition of Judgment

*/s/ C. Ashley Royal*
Signature of Judge

C. ASHLEY ROYAL, U.S. DISTRICT JUDGE
Name and Title of Judge

13 Oct. 2016
Date

2016 OCT 13 AM 11:16  U.S. DISTRICT COURT  MIDDLE DISTRICT OF GEORGIA  MACON, GEORGIA  RECEIVED CLERK'S OFFICE

AO 245D  (Rev. 10/15) Judgment in a Criminal Case for Revocations
Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: Cedric Bernard Davis
CASE NUMBER: 5:10-CR-00036

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 14 months.

☐     The court makes the following recommendations to the Bureau of Prisons:

☒     The defendant is remanded to the custody of the United States Marshal.

☐     The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐   as notified by the United States Marshal.

☐     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL